# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| RUSSELL NEVINS, M.D.; R. NEVINS, M.D., LTD., A NEVADA PROFESSIONAL CORPORATION; AND NEVADA ORTHOPEDIC & SPINE CENTER, LLP, A NEVADA LIMITED LIABILITY PARTNERSHIP,<br>                          Appellants,<br>                    vs.<br>MARILYN MARTYN,<br>                          Respondent. | No. 84285<br><br>**FILED**<br><br>JUN 30 2022<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>        DEPUTY CLERK |
| RUSSELL NEVINS, M.D.; R. NEVINS, M.D., LTD., A NEVADA PROFESSIONAL CORPORATION; AND NEVADA ORTHOPEDIC & SPINE CENTER, LLP, A NEVADA LIMITED LIABILITY PARTNERSHIP,<br>                          Appellants,<br>                    vs.<br>MARILYN MARTYN,<br>                          Respondent. | No. 84457 |

## ORDER DISMISSING APPEALS

These are appeals from a judgment on jury verdict and an order denying a motion for a protective order. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

In response to this court's order to show cause why these appeals should not be dismissed for lack of jurisdiction, appellants have

SUPREME COURT<br>OF<br>NEVADA<br><br>(O) 1947A

22-20654

filed a motion to voluntarily dismiss these appeals. Cause appearing, the motion is granted. This court

ORDERS these appeals DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:     Hon. Jerry A. Wiese, District Judge
        Stephen E. Haberfeld, Settlement Judge
        McBride Hall
        April Becker & Associates
        Murphy & Murphy Law Offices
        Claggett & Sykes Law Firm
        Gerald I. Gillock & Associates
        Eighth District Court Clerk